1  DONALD MASUDA, State Bar No. 096560
   Attorney at Law
2  KENNY N. GIFFARD, State Bar No. 101727
   Attorney at Law
3  2214 21st Street
   Sacramento, California 95818
4  Telephone: (916) 456-3030

5  Attorney for Defendant
   TAC CHE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   2:10-cr-00168 JAM-1 |
|     Plaintiff, | |
|  vs. | **SUBSTITUTION OF ATTORNEY AND  ORDER** |
| TAC CHE, et al, | |
|     Defendants. | |
| _____/ | |

TO: THE COURT AND ALL PARTIES:

   Defendant, TAC CHE, substitutes DONALD MASUDA, ESQ., Attorney at Law, and KENNY N. GIFFARD, ESQ., Attorney at Law, 2214 21st Street, Sacramento, California  95818, telephone: (916) 456-3030, as his attorneys in place and instead of MICHAEL

//////

1

SUBSTITUTION OF ATTORNEY AND (PROPOSED) ORDER

E. HANSEN, ESQ., Attorney at law, 711 9th Street, Suite 100, Sacramento, California 95814.

I consent to this substitution.

Dated: May 4, 2010                                    /s/ Tac Che
                                                      _____
                                                      TAC CHE

I consent to this substitution.

Dated:  May 4, 2010                                   /s/ Michael E. Hansen
                                                      _____
                                                      MICHAEL E. HANSEN, ESQ.

I consent to this substitution.

Dated: May 4, 2010                                    /s/ Donald Masuda
                                                      _____
                                                      DONALD MASUDA, ESQ.

I consent to this substitution.

Dated: May 4, 2010                                    /s/ Kenny N. Giffard
                                                      _____
                                                      KENNY N. GIFFARD, ESQ.

2

SUBSTITUTION OF ATTORNEY AND (PROPOSED) ORDER

**ORDER**

GOOD CAUSE THERE APPEARING, and at the request of defendant Tac Che, it is hereby ordered that MICHAEL E. HANSEN, ESQ., is relieved as appointed counsel for this defendant and that DONALD MASUDA, ESQ., and KENNY N. GIFFARD, ESQ., are allowed to substitute-in, in his stead, as retained counsel for Mr. Che.

IT IS SO ORDERED.

Dated: May 5, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge

SUBSTITUTION OF ATTORNEY AND (PROPOSED) ORDER