**FILED**
May 12, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TAC CHE, ) <br> Defendant. ) <br> ) | Case No. CR.S-10-0168-JAM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release TAC CHE, Case No. CR.S-10-0168-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_ Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $150,000.00

   _X_   Unsecured Appearance Bond

   \_\_\_ Appearance Bond with Surety

   _X_   (Other) Conditions as stated on the record.

   \_\_\_ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 05-12-10 at 3:05 pm.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge